```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 63515
   TIMOTHY J HOFFMAN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1274


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/18/05 and confirmed on 03/23/06.

    2.  The case was converted to Chapter 7 after confirmation, 12/03/2008.

    3.  The Debtor paid a total of $  22234.94 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED VEHIC | 1556.04 | .00 | 1556.04 |
| JLM ENTERPRISES | SECURED VEHIC | 5000.00 | 207.31 | 5000.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5859.44 | 200.48 | 5859.44 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2887.82 | 118.38 | 470.24 |
| CITIFINANCIAL | UNSECURED | 6119.42 | 270.21 | 996.47 |
| DISCOVER BANK | UNSECURED | 6434.46 | 279.64 | 1047.78 |
| DOUGLAS CARPET ONE | PRIORITY | .00 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5947.70 | 258.47 | 968.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1962.83 | 80.50 | 319.61 |
| PATRICIA PEAL | UNSECURED | NOT FILED | .00 | .00 |
| DREYER FOOTE STREIT ET A | UNSECURED | 1174.97 | 48.22 | 191.34 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1723.40 | 70.96 | 280.64 |
| LINDA YACKLEY | CHILD SUPPORT | NOT FILED | .00 | .00 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| BANKRUPTCY REPORTING CON | CHILD SUPPORT | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 103.89 | .00 | 16.90 |
| JAMES M PHILBRICK | ADMINISTRATIV | 650.00 | .00 | 650.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

    Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6556.04 | 6509.44 | 26354.49 | .00 | 39419.97 |
| PRINCIPAL PAID | 6556.04 | 6509.44 | 4291.50 | .00 | 17356.98 |
| INTEREST PAID | 207.31 | 200.48 | 1126.38 | .00 | 1534.17 |
| TOTAL PAID | 6763.35 | 6709.92 | 5417.88 | .00 | 18891.15 |

The Debtor's attorney, MYLER RUDDY & MCTAVISH           , was allowed $   2700.00 and was paid $     311.00   direct and $    2389.00   through the plan.

The Trustee received $     954.79 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/18/09                          /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE